JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC, | CV 22-5196 PA (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CUMULUS MEDIA INC. and DOES 1-10, | |
| Defendant. | |

Pursuant to the Court's May 8, 2023 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  May 8, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE