JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CUMULUS MEDIA INC. & DOES 1-10,<br><br>  Defendants. | Case No. 2:22-cv-05196<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 22, 2022<br>FAC Filed: September 2, 2022<br><br>Hon. Percy Anderson |

| | |
|---|---|
| 1 | Before the Court is the Parties' joint stipulation to reopen this case, set aside |
| 2 | the Court's order and Judgment of dismissal with prejudice entered May 8, 2023 |
| 3 | [ECF Nos. 37-38], and enter a dismissal with prejudice pursuant to the Parties' fully- |
| 4 | executed settlement agreement. |
| 5 | Good cause appearing, the Court hereby GRANTS the stipulation, REOPENS |
| 6 | the case, and ORDERS and ADJUDGES as follows: (i) the Court's May 8, 2023 |
| 7 | minute order and Judgment are set aside; (ii) this action is dismissed in its entirety |
| 8 | with prejudice; and (iii) the clerk is ordered to close this action. |
| 9 | IT IS SO ORDERED. |
| 10 | This 14th day of May, 2023. |

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE